Benjeman Beck, SBN 268617
Carey B. Wood SBN 292447
**CONSUMER LAW EXPERTS, PC**
5757 West Century Boulevard, Suite 500
Los Angeles, California 90045
Telephone: (310) 442-1410
Fax: (877) 566-8828
*ben@nolemon.com*
*carey@nolemon.com*

Attorneys for Plaintiff,
JOSE MARTIN GONZALEZ REYES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTIN GONZALEZ REYES, an individual,<br><br>           Plaintiff,<br><br>      vs.<br><br>FCA US LLC; and DOES 1 through 50, inclusive<br><br>           Defendants. | Case No.: 1:20-cv-00833-DAD-SKO<br><br>**NOTICE OF APPEARANCE** |

TO THE HONORABLE COURT AND DEFENDANTS HEREIN:

    Comes now Attorney Carey B. Wood of the law firm CONSUMER LAW EXPERTS, PC, and hereby gives notice to this Court and to all parties that she enters her appearance as counsel for Plaintiff JOSE MARTIN GONZALEZ REYES.

Dated: July 15, 2020            CONSUMER LAW EXPERTS, PC

                                    By:    /s/ Carey B. Wood
                                                 _____
                                                 Carey B. Wood
                                                 Attorneys for Plaintiff,
                                                 JOSE MARTIN GONZALEZ REYES

**PROOF OF SERVICE**
**(F.R.C.P. RULE 5(b))**

I am over the age of eighteen years and not a party to the within action. My business address is 5757 W. Century Blvd., Suite 500, Los Angeles, California 90045.

On July 15, 2020, I served a copy of the foregoing document described as: **NOTICE OF APPEARANCE,** on the interested parties in this action addressed as follows:

**Jon D. Universal**
**James P. Mayo**
**UNIVERSAL & SHANNON LLP**
**2240 Douglas Boulevard, Suite 290**
**Roseville, CA 95661**
**Counsel for Defendant**

☒   **BY ELECTRONIC MAIL:** I hereby certify that on July 15, 2020, I filed the foregoing document with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

I declare under penalty of perjury that the above is true and correct.

Executed July 15, 2020, at Los Angeles, California.

/S/ CATALINA YANG
CATALINA YANG

PROOF OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE