Benjeman Beck, SBN 268617
Carey B. Wood SBN 292447
**CONSUMER LAW EXPERTS, PC**
5757 W. Century Blvd. Suite 500
Los Angeles, California 90045
Telephone: (310) 442-1410
Fax: (877) 566-8828
ben@nolemon.com
carey@nolemon.com

Attorneys for Plaintiff
JOSE MARTIN GONZALEZ REYES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTIN GONZALEZ REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US, LLC, and DOES 1 through 10, inclusive;<br><br>    Defendants. | Case No.: 1:20-cv-00833-DAD-SKO<br><br>**PLAINTIFF'S NOTICE OF COMBINED MOTION FOR LEAVE TO AMEND AND MOTION FOR REMAND TO TULARE SUPERIOR COURT**<br><br>Date:    August 18, 2020<br>Time:    9:30 a.m.<br>Place:    Courtroom 5, 7th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 18, 2020 at 9:30 a.m., in Courtroom 5, 7th Floor of the above-entitled Court, located at 2500 Tulare Street, Fresno, Ca 93721, Plaintiff JOSE MARTIN GONZALEZ REYES will, and hereby does, move this Court for an order granting Plaintiff leave to file a First Amended Complaint and remanding this action to the Superior Court of the State of California for the County of Tulare.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Carey B. Wood, the Proposed Order, all records and papers on file in this action, any oral argument, and any other evidence that the Court may consider in hearing this motion.

Dated:       July 16, 2020                         CONSUMER LAW EXPERTS, PC


                                         By:   /s/ Carey B. Wood_____
                                                Carey B. Wood
                                                Attorneys for Plaintiff,
                                                JOSE MARTIN GONZALEZ REYES