Benjeman Beck, SBN 268617
Carey B. Wood SBN 292447
**CONSUMER LAW EXPERTS, PC**
5757 W. Century Blvd. Suite 500
Los Angeles, California 90045
Telephone: (310) 442-1410
Fax: (877) 566-8828
ben@nolemon.com
carey@nolemon.com

Attorneys for Plaintiff
JOSE MARTIN GONZALEZ REYES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTIN GONZALEZ REYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC, and DOES 1 through 10, inclusive;<br><br>　　　　Defendants. | Case No.: 1:20-cv-00833-DAD-SKO<br><br>**DECLARATION OF CAREY B. WOOD IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND REMAND TO TULARE COUNTY SUPERIOR COURT**<br><br>Date:　　　August 18, 2020<br>Time:　　　9:30 a.m.<br>Place:　　　Courtroom 5, 7th Floor |

**DECLARATION OF CAREY B. WOOD**

I, CAREY B. WOOD, declare:

1. I am an attorney admitted to the Bar of the State of California and the United States District Court, Central District of California. I am an attorney at Consumer Law Experts, P.C. ("CLE") and counsel of record for Plaintiff JOSE MARTIN GONZALEZ REYES ("Plaintiff") in the above-captioned matter. I am a member in good standing with the State Bar of California. My knowledge of the information and events described herein derives from my personal knowledge, a careful review of the file, relevant court records and communications with other Plaintiff's counsel, and if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff's Combined Motion for Leave to Amend and to Remand to Tulare County Superior Court.

3. I met and conferred with counsel prior to filing this motion to see if any stipulations were possible prior to filing this Motion. Counsel for Defendant decline to stipulate. Attached as **Exhibit 1** is a true and correct copy of this e-mail correspondence.

4. Attached as **Exhibit 2** is a true and correct copy of Plaintiff's proposed First Amended Complaint. Attached as **Exhibit 3** is a true and correct copy of the "redlined" complaint that shows the proposed changes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2020 at Los Angeles, California.

/s/ Carey B. Wood
CAREY B. WOOD

WOOD DECLARATION IN SUPPORT OF PLAINTIFF'S COMBINED MOTION