# **EXHIBIT 1**

# Carey Wood, Esq.

| | |
|---|---|
| **From:** | James Mayo <jmayo@uswlaw.com> |
| **Sent:** | Tuesday, July 07, 2020 6:24 PM |
| **To:** | Carey Wood, Esq.; Jon Universal; Susan Beeler |
| **Cc:** | Catalina Yang; Universal Law Firm |
| **Subject:** | RE: Gonzalez Reyes v FCA |

We respectfully decline to stipulate.

---

**From:** Carey Wood, Esq. <carey@nolemon.com>
**Sent:** Tuesday, July 7, 2020 3:13 PM
**To:** James Mayo <jmayo@uswlaw.com>; Jon Universal <JUniversal@uswlaw.com>; Susan Beeler <sbeeler@uswlaw.com>
**Cc:** Catalina Yang <catalina@nolemon.com>
**Subject:** Gonzalez Reyes v FCA

Counsel,

Plaintiff intends to amend his complaint to add dealership defendant Lampe Chrysler Jeep Dodge Ram for negligent repair. Please advise whether Defendant will stipulate.

Thank you,

In response to recent events concerning COVID-19, Consumer Law Experts, PC is moving to Electronic Mail Service for all documents until we can safely resume other forms of service. Please e-serve all legal correspondence, motions, discovery and pleadings in place of service via U.S. mail or other methods that involve delivery of materials to our offices.  Please include in your electronic service all attorneys on the applicable proof of service.  Please also cc all e-served documents to the following address: **service@nolemon.com**.



**Carey Wood, Esq.**

Associate | Consumer Law Experts, PC.

**D:** 310-442-1410 Ext. 106
**F:** 877-566-8828
**A:** 5757 W Century Blvd., Suite 500
Los Angeles, CA 90045

carey@nolemon.com
nolemon.com

IMPORTANT NOTICE:  This email is the sole property of Consumer Law Experts, PC.  It is intended for the identified and named recipient(s) only. If you are not the intended recipient of this email, or the employee of or agent responsible for delivery to the intended recipient, you should delete this e-mail and destroy any printouts or copies.  Any review or use of this communication by anyone other than its identified and named recipient(s) is unauthorized; is a breach of the privacy rights of the sender and of the recipient(s); and will subject the unauthorized reader or user to liability.  This communication contains confidential information that may be protected by the attorney work product doctrine and/or the attorney-client privilege. Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters. If you are a potential client, the information you

disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised Consumer Law Experts, P.C. and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your potential case.