Benjeman Beck, SBN 268617
Carey B. Wood SBN 292447
**CONSUMER LAW EXPERTS, PC**
5757 W. Century Blvd. Suite 500
Los Angeles, California 90045
Telephone:  (310) 442-1410
Fax:  (877) 566-8828
ben@nolemon.com
carey@nolemon.com

Attorneys for Plaintiff
JOSE MARTIN GONZALEZ REYES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTIN GONZALEZ REYES,<br><br>          Plaintiff,<br><br>     v.<br><br>FCA US, LLC, and DOES 1 through 10, inclusive;<br><br>          Defendants. | Case No.: 1:20-cv-00833-DAD-SKO<br><br>Hon. Dale Drozd<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND REMAND THE MATTER TO TULARE COUNTY SUPERIOR COURT**<br><br>Date:         August 18, 2020<br>Time:        9:30 a.m.<br>Place:       Courtroom 5, 7th Floor |

- 1 -

[PROPOSED] ORDER

1 | Plaintiff JOSE MARTIN GONZALEZ REYES's Combined Motion for
2 | Leave to Amend and Remand to Tulare Superior Court ("Motion") came for a
3 | hearing on August 18, 2020, the Honorable Dale Drozd presiding. After hearing
4 | all the arguments of counsel, and considering the papers submitted in support of
5 | and in opposition to the Motion, and good cause appearing, IT IS ORDERED
6 | THAT Plaintiff's Motion be granted in its entirety. This action is hereby
7 | remanded to the Superior Court of the State of California for the County of
8 | Tulare.
9 | IT IS SO ORDERED.

DATE:_____

_____
Hon. Dale Drozd

[PROPOSED] ORDER