Benjeman Beck, SBN 268617
Carey B. Wood SBN 292447
**CONSUMER LAW EXPERTS, PC**
5757 W. Century Blvd. Suite 500
Los Angeles, California 90045
Telephone:  (310) 442-1410
Fax:  (877) 566-8828
ben@nolemon.com
carey@nolemon.com

Attorneys for Plaintiff
JOSE MARTIN GONZALEZ REYES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTIN GONZALEZ REYES, <br><br> Plaintiff, <br><br> v. <br><br> FCA US, LLC, and DOES 1 through 10, inclusive; <br><br> Defendants. | Case No.: 1:20-cv-00833-DAD-SKO <br><br> Hon. Dale Drozd <br><br> **CERTIFICATE OF SERVICE** <br><br> Date:          August 18, 2020 <br> Time:         9:30 a.m. <br> Place:         Courtroom 5, 7th Floor |

CERTIFICATE OF SERVICE

## PROOF OF SERVICE
### (F.R.C.P. RULE 5(b))

I am over the age of eighteen years and not a party to the within action. My business address is 5757 W. Century Blvd., Suite 500, Los Angeles, California 90045.

On July 16, 2020, I served a copy of the foregoing documents listed below, on the interested parties in this action addressed as follows:

1. **PLAINTIFF'S NOTICE OF COMBINED MOTION FOR LEAVE TO AMEND AND MOTION FOR REMAND TO TULARE SUPERIOR COURT**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S COMBINED MOTION FOR LEAVE TO AMEND AND MOTION TO REMAND TO TULARE SUPERIOR COURT**
3. **DECLARATION OF CAREY B. WOOD IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND REMAND TO TULARE COUNTY SUPERIOR COURT**
4. **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND REMAND THE MATTER TO TULARE COUNTY SUPERIOR COURT**

Jon D. Universal
James P. Mayo
**UNIVERSAL & SHANNON LLP**
2240 Douglas Boulevard, Suite 290
Roseville, CA 95661

☒ **BY ELECTRONIC MAIL: I hereby certify that on July 16, 2020, I filed the foregoing document with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.**

I declare under penalty of perjury that the above is true and correct.

Executed July 16, 2020, at Los Angeles, California.

_____
CATALINA YANG

CERTIFICATE OF SERVICE